## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN S. CREIGHAN** | ) | **Case No:** |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **SECURITY CREDIT SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

### INTRODUCTION

1.   Defendant operates a high volume debt collection business

2.   Defendant engaged in unlawful and abusive acts toward Plaintiff Creighan, including (1) conduct, the natural consequence of which is to harass, oppress, or abuse any person; (2) making false, deceptive, or misleading representations in connection with attempting to collect a debt; (3) threatened to take action that cannot legally be taken or that is not intended to be taken, (4) false representations or deceptive means to collect a debt, (5) voice mail message left on Plaintiff Creighan's phone failed to contain the warning, "[T]his is an attempt to collect a debt ... communication is from a debt collector"; and (6) engaged in unfair or unconscionable means to collect or attempt to collect a debt.

3.   Defendant's conduct is part of a pattern or practice of unlawful collection abuse.

4.   Defendant's unlawful collection practice caused Plaintiff Creighan to suffer emotional distress in the form of anxiety, fear, worry and stress.

5.   Plaintiff Creighan brings this action for statutory and actual damages against Defendant pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

JURISDICTION

6.       This Court has jurisdiction pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

PARTIES

7.       Plaintiff Creighan lives in Allegheny County, Pennsylvania

8.       Plaintiff Creighan incurred a debt to S&T Bank that was for personal, family or household purposes and therefore meets the definition of "debt" as that term is defined in 15 U.S.C. §1692a(5).

9.       Plaintiff Creighan is a "consumer" as that term is defined in 15 U.S.C. §1692a(3).

10.      Defendant Security Credit Systems, Inc. ("SCS") is a New York Corporation with its principal office and place of business at 622 Main Street, Ste. 301, Theatre Place, Buffalo, NY 14202-1929.

11.      At all times relevant to this complaint, SCS transacted business in the Western District of Pennsylvania.

12.      SCS engaged in, approved of, and /or ratified the illegal conduct described herein.

13.      SCS' employees and/or agents were acting in the scope, purpose and authority of such agency, service, employment and/or other representative capacity with the permission, knowledge, consent and ratification of SCS.

FACTS

14.      In June 2010, the following message was left on Plaintiff Creighan's phone:

> This message is solely for Brian Shawn Creighan. This is regarding a formal investigation.  I have your name and social security number attached to documents.  I have to render a final decision on your behalf. To resolve this matter voluntarily, contact the office of C, excuse me SCS immediately at 716-882-4515 direct extension 206.  Failure to return this

call will be deemed as direct refusal, and they are going to fax this information to your bank and employer."

COUNT I

VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

15.     Creighan repeats, re-alleges and incorporates by reference all other paragraphs

16.     In connection with the collection of a debt, SCS violated 15 U.S.C. §§ 1692d, 1692e, 1692e(5), 1692e(10), 1692e(11) and 1692f.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff Brian S. Creighan respectfully requests the following relief from Defendant Security Credit Systems, Inc.:

    a.)     Actual damages;

    b.)     Statutory damages;

    c.)     Attorney fees;

    d.)     Costs; and

    e.)     For such other and further relief as the Court may deem just and proper.

September 28, 2010                          Respectfully Submitted,

                                            JEFFREY L. SUHER, P.C.

                                            /s/ Jeffrey L. Suher
                                            Jeffrey L. Suher, Esquire
                                            Pa. I.D. 74924
                                            4328 Old Wm Penn Hwy, Ste 2J
                                            Monroeville, PA 15146
                                            412.374.9005
                                            412.374.0799 (fax)
                                            lawfirm@jeffcanhelp.com