IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN CREIGHAN,                       )
                                      )
            Plaintiff,                )
                                      )
      vs.                             ) Civil Action No. 10-1278
                                      )
SECURITY CREDIT SYSTEMS, INC.,        )
                                      )
            Defendant.                )

### INITIAL CASE MANAGEMENT ORDER

AND NOW, this 2nd day of December, 2010, it is hereby ORDERED as follows:

1. Initial disclosures shall be made **by December 16, 2010.**

2. Motions to amend the pleadings or add new parties shall be filed **by January 3, 2011.**

3. Fact discovery shall be completed **by April 1, 2011.** For purposes of this paragraph 3, the term "discovery" shall include all methods of discovery referred to in Fed.R.Civ.P. 26(a). Interrogatories to parties pursuant to Fed.R.Civ.P. 33, requests for production of documents, electronically stored information and things pursuant to Fed.R.Civ.P. 34, and requests for admission pursuant to Fed.R.Civ.P. 36 shall be served **at least 30 days prior to April 1, 2011.**

4. A Post-Fact Discovery/Settlement Conference is scheduled for **Thursday, April 14, 2011 at 3:30 p.m.** in Courtroom No. 6A, United States Courthouse, Pittsburgh, Pennsylvania.

5. At least three (3) business days before the Post-Discovery/Settlement Conference scheduled by paragraph 4 hereof, each party shall submit a position letter to the Court setting forth the following: (a) a brief recitation of the facts; (b) a discussion of the strengths and weaknesses of the party's claims and defenses; and (c) the party's settlement posture. To ensure candor, the position letters are **not** to be filed or shared with the opposing party, but, rather, are to faxed directly to the Court at (412) 208-7437. All position letters will be kept confidential.

_____
William L. Standish
United States District Judge