IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN S. CREIGHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-1278 |
| | ) |
| SECURITY CREDIT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of January, 2011, it is hereby ORDERED that Defendant's motion to excuse its representative from appearing personally at the ADR Conference scheduled for January 26, 2011, is DENIED inasmuch as the Court finds his/her personal attendance would not impose an "extraordinary" hardship. Should ongoing negotiations to resolve this matter prior to the mediation not be successful, a representative of Security Credit Systems, Inc., having full authority to settle this matter shall attend the mediation in person.

William L. Standish
United States District Court