IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN S. CREIGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 10-1278 |
| ) | |
| SECURITY CREDIT SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

AND NOW, this 27th day of January, 2011, the Court has been advised that the above-captioned civil action has been settled through mediation. No further action by the Court is required at this time. It is, accordingly, hereby ORDERED that the Clerk administratively close this case. Nothing contained in this Order shall be considered a dismissal or disposition of this action. Should further proceedings herein become necessary or desirable, either party may initiate the same in the same manner as if this Order had not been entered.

The pending motion to compel filed by Plaintiff at Doc. No. 16 is hereby denied as moot.

_____
William L. Standish
United States District Judge