UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:10-cv-01278

| | |
|---|---|
| BRIAN S. CREIGHAN,<br><br>　　　　　Plaintiff,<br>v.<br><br>SECURITY CREDIT SYSTEMS, INC.<br><br>　　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Respectfully Submitted:　　　　　　　　　　　　　　　　March 15, 2011

/s/Jeffrey L. Suher
Jeffrey L. Suher, Esquire
Jeffrey L. Suher, P.C.
4328 Old William Penn Hwy., Ste. 2J
Monroeville, PA 15146
(412) 374-9005　　　(412) 374-0799 (fax)
lawfirm@jeffcanhelp.com
Attorney for Plaintiff


/s/Boyd W. Gentry
SURDYK, DOWD & TURNER, CO., L.P.A.
1 Prestige Place, Suite 700
Miamisburg, OH 45342
937-222-2333　937-222-1970 (fax)
bgentry@sdtlawyers.com
Attorney for Defendant